UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
3|19|08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

EVGENY A. TALISOV

CASE NO.   3:08-cr-96-J-32JRK
Ct. 1:   8 U.S.C. § 1325(c) and
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 2006, in Duval County, in the Middle District of Florida,

EVGENY A. TALISOV,

the defendant herein, knowingly aided, abetted, counseled, and induced a United States citizen in entering into a fraudulent marriage to a Russian citizen for the purpose of filing and allowing her to file immigration papers that would allow her to become a resident alien and not for the traditional reasons people enter into a marriage.

In violation of Title 8, United States Code, Section 1325(c) and Title 18, United States Code, Section 2.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
CLAY HAHS
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EVGENY A. TALISOV

## INDICTMENT

Violations:

8 U.S.C. § 1325(c) and 18 U.S.C. § 2

A true bill

_____
Foreperson

Filed in open court this 19th day

of March, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525

Revised 05/03/2007