**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:08-cr-96(S1)-J-32HTS

EVGENY A. TALISOV

_____

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by the Honorable Howard T. Snyder, United States Magistrate Judge (Doc. 109), to which there was no objection, and accepts the defendant's plea of guilty to Count One of the Superseding Indictment, and the defendant is adjudged guilty of such offense.

**SENTENCING** for the defendant is hereby scheduled for **December 17, 2008 at 2:00 p.m.,** before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence. However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN FIVE (5) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

**NOTE:** **<u>Photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are prohibited in the Courthouse.</u>**

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of September, 2008.

_____

**TIMOTHY J. CORRIGAN**
United States District Judge

md.
Copies to:

Ronald D. DeSantis, AUSA
Ross Scott Haine, II, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant